IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAITLYN SANDERS ) | CASE NO. 2:23-CV-285 |
| TRAVIS CONKLIN | JURY TRIAL DEMANDED |
| PLAINTIFFS ) | |
| V. ) | |
| MIZZANTI REALESTATE C/O MILES MIZZANTI ) | |
| NJS &SONS TRUST COMPANY ) | |
| DEFENTANTS ) | |
| ) | |

**RECEIVED**
FEB 2 3 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

1. **PARTIES TO THIS COMPLAINT**

   A. PLAINTIFF(S)

      NAME: KAITLYN SANDERS

      ADDRESS: 407 ALEXANDER ST MCKEES ROCKS, PA 15136

      COUNTY OF ALLEGHENY

      TELEPHONE NUMBER: 412-916-5462

      EMAIL: HORSESBUTTERFLY22@ICLOUD.COM

   B. PLAINTIFF(S)

      NAME: TRAVIS CONKLIN

      ADDRESS: 407 ALEXANDER ST MCKEES ROCKS, PA 15136

      COUNTY OF ALLEGHENY

      TELEPHONE NUMBER: 412-680-9077

      EMAIL: TRAVISCONKLIN20@GMAIL.COM

   C. DEFENDANT(S)

NAME: MIZZANTI REALESTATE C/O MILES MIZZANTI

ADDRESS: 600 WATERFRONT DRIVE PITTSBURGH, PA 15222

COUNTY OF ALLEGHENY

TELEPHONE NUMBER: 412-200-0765

TELEPHONE NUMBER: 412-533-3358

D. DEFENDANT(S)

NAME: NJS & SONS TRUST COMPANY

ADDRESS: 8 THOMPSON COURT NATICK, MA 01760

TELEPHONE NUMBER: 508-314-3003

2. BASIS FOR JURISDICTION

UNDER 42 U.S.C. SECTION 1983, YOU MAY SUE STATE OR LOCAL OFFICIALS FOR THE "DEPRIVATION OF ANY RIGHTS, PRIVLEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION AND [FEDERAL LAWS]."

A. THIS SUIT IS BEING BROUGHT AGAINST STATE AND LOCAL OFFICIALS PERSUANT TO 42 U.S.C. SECTION 1983
B. SECTION 1983 ALLOWS CLAIMS ALLEDGING "DEPRIVATION OF ANY RIGHTS, PRIVLEDGES, OR IMMUNITIES SECURED BY THE CONSTITUTION AND [FEDERAL LAWS]." 42 U.S.C. SECTION 1983. IF YOU ARE SUING UNDER SECTION 1983, WHAT FEDERAL CONSTITUTIONAL OR STATUTORY RIGHT(S) DO YOU CLAIM IS/ARE BEING VIOLATED BY STATE OR LOCAL OFFICIALS?

CONSTITUTIONAL AND STATUTORY RIGHTS THAT WERE VIOLATED ARE AS FOLLOWS:

1. 8TH AMMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.
2. 14TH AMMENDMENT EQUAL PROTECTION CLAUSE
3. 14TH AMMENDMENT DUE PROCESS
4. 14TH AMMENDMENT SUBSTANTIVE DUE PROCESS
5. 4TH AMMENDMENT RIGHT TO BE SAFE AND SECURE IN YOUR PERSON
6. FEDERAL STATUTE SECTION 911 CORRUPT ORGINIZATION
7. FEDERAL STATUTE SECTION 241 CONSPIRACY AGAINST RIGHTS
8. CONSTITUTION OF THE COMMONWEALTH OF PA ARTICLE ONE DECLARATION OF RIGHTS SECTION ONE INHERENT RIGHTS OF MAN KIND
9. *DEFENDANTS COMMITTED ACTS OF ANIMAL CRUELTY*
10. *DEFENDANTS ALSO COMMITTED ACTS OF CHILD ABUSE*

### 3. STATEMENT OF CLAIM(S)

    A.  WHERE DID THE EVENTS GIVING RISE TO YOUR CLAIMS (S) OCCUR?

ALL EVENTS AND OR CLAIMS STATED IN THE LAWSUIT TOOK PLACE AND OR OCCURED AT 407 ALEXANDER ST MCKEES ROCKS, PA 15136 OF WHICH IS THE PLACE OF RESIDENCE OF WHICH IS WHERE I AM THE TENANT THAT RESIDES ON THE LEASE FOR THE RENTAL PROPERTY ALSO OF WHICH UNDER LANDLORD TENANT LAW IN THE STATE OF PENNSYLVANIA IS WHERE PLAINTIFF KAITLYN SANDERS RESIDES AT BEING SHE GETS MAIL HERE SEE EXHIBIT (A) PROOF OF MAILING AS WELL AS SHE HAS PROPERTY AT THIS SAID RESIDENCE MAKING HER LEGALLY A TENANT UNDER LANDLORD TENANT LAW IN THE STATE OF PA.

    B. WHAT DATE AND APPROXIMATE TIME DID THE EVNTS GIVING RISE TO YOUR CLAIM (S) OCCUR?

FOR PLAINTIFF TRAVIS CONKLIN ALL EVENTS AND OR CLAIMS ARRISING IN THIS COMPLAINT HAVE ARROSE AND BEEN AN ON-GOING CONTINUED ISSUE SINCE APPROXAMATELY APRIL 26, 2022, THE START DATE OF THE LEASE AT 407 ALEXANDER ST MCKEES ROCKS, PA 15136 STARTED ON MAY 1, 2022, BUT WAS ABLE TO MOVE IN ON APRIL 26, 2022

FOR PLAINTIFF KAITLYN SANDERS ALL EVENTS AND OR CLAIMS ARRISING IN THIS COMPLAINT HAVE ARROSE AND BEEN AN ON-GOING CONTINUED ISSUE SINCE NOVEMBER 16,2022

    B.  WHAT ARE THE FACTS UNDERLYING YOUR CLAIM(S)?

PRIOR TO RESIDING AT 407 ALEXANDER ST MCKEES ROCKS PA 15136 I PLAINTIFF TRAVIS CONKLIN WAS HOMELESS ON THE STREETS OF PITTSBURGH LIVING IN A TENT UNDER A BRIDGE THANKS TO ALLEGHENY LINKS I WAS PLACE WITH A FEDERALLY FUNDED HOUSING PROGRAM THRU <u>NEIGHBORHOOD LIVING PROGRAM</u> THRU UPMC WHOM OF WHICH IS RESPONCIBLE TO HELP ME PREPARE TO FIND HOUSING TO GET ME OFF THE STREETS AND NO LONGER HOMELESS AFTER BEGINNING TO WORK WITH MY HOUSING PROGRAM THEY BEGAN SEARCHING FOR PLACES FOR ME TO LIVE NOT LONG AFTER BEGINNING TO SEARCH FOR A PLACE FOR ME TO LIVE MY HOUSING PROGRAM SCHEDULED A TOUR OF 407 ALEXANDER STREET MCKEES ROCKS , PA 15136 AT WHICH TIME WE MEET AT LOCATION WITH ME MY EX SKYE FLYNN AND MY HOUSING WORKER THRU NEIGHBORHOOD LIVING PROGRAM ALEX BATES AND PROPERTY MANAGER DEFENDANT MILES MIZZANTI TO DO A WALK THRU OF THE RENTAL PROPERTY AT 407 ALEXANDER ST MCKEES ROCKS PA 15136 UPON DOING THE WALK THRU THE PROPERTY MANAGER DEFENDANT MILES MIZZANTI UNLOCKED THE FRONT DOOR OF THE PROPERTY AS WE WALKED IN DEFENDANT MILES MIZZANTI STATED WHILE POINTING WITH HIS FINGERS THAT THESE STAIRS TAKE YOU UP STAIRS THIS IS YOUR LIVING ROOM UPON MOVING FURTHER INTO THE HOUSE DEFENDANT MILES MIZZANTI STATED HERE IS YOU KITCHEN THEN PROCEEDING TO POINT TO A ROOM ADJACENT TO THE KITCHEN STATING THAT THIS IS YOUR DINING ROOM HE THEN STATED THESE STARES GO TO YOU BASEMENT AFTER DOING JUST THAT HE HAD ME SIGN A LEASE THAT OF WHICH MY PROPERTY MANAGER DEFENDANT MILES MIZZANTI NOR MY HOUSING WORKER READ TO ME I SIGNED IT BEING I WAS TIRED OF BEING HOMELESS AND WANTED TO GET MY OWN PLACE TO LIVE

I TO THIS DAY DONT COMPREHEND AND OR FULLY UNDERSTAND THE LEASE DUE TO AN UNDERLYING MENTAL ILLNESS , HIGH FUNCTIONING AUTISM AS WELL AS HAVING ASPERGERS SYNDROME AS WELL UPON SIGNING OF THE LEASE AGREEMENT ATTACHED HERETO AS EXHIBIT (B) I WAS GIVEN AUTHORIZATION TO BEGIN MOVING IN TO 407 ALEXANDER ST MCKEES ROCKS PA 15136 NEIGHBORHOOD LIVING PROGRAM BEING A CLIENT OF THEIR HOUSING PROGRAM PAY MY RENT UTILITIES AND SECURITY DEPOSIT TO THE LAND LOED MOMTHLY ON TIME DUE TO AN UNDERLYING MENTAL ILLNESS IT HAS PREVENTED ME FROM HAVING THE ABILITY TO WORK WHERE FORE THAT IS WHY I HAVE A LAWYER FIGHTING MY SSI APPEAL ON MARCH 7 2023 AT 11:30 AM WHERE FORE MAKING ME LOW INCOME WITH ZERO INCOME WHILE RESIDING AS A TENAT AT SAID RESIDENCE 407 ALEXANDER ST MCKEES ROCKS PA 15136 CONTINUED STRUCTURAL ISSUES BEGAN TO SURFACE SUCH AS THE FRONT BAY WINDOWS IN THE NLIVING ROOM BEING NON FUNCTIONAL THAT OF WHICH TO THIS DAY ARE NAILED SHUT AND DO NOT FUNCTION A WORK ORDER WA SUBMITTED BY ME TO HAVE THEM FIXED SO THAT THEY WOULD FUNCTION UPON COMPLETION OF WORK ODER FOR THE LIVING ROOM BAY WINDOWS I WA TOLD THAT THE WINDOWS COULD NOT BE FIXED GIVEN THE FACT THAT THE WINDOWS ARE SO OLD YOU CANNOT BUY PARST FOR THEM ANYMORE SO DUE TO THAT THE MAINTANANCE MAN WAS DIRECTED BY THE PROPERTY MANAGER DEFENDANT MILES MIZZANTO TO SCREW AND OR NAIL THEM SHUT THEN THE LIVING ROOM DROP DOWN CEILING TILES BEGAN TO CALLAPSE AND FALL DOWN DUE TO WATER DAMAGE AND OTHER UNKNOWN CAUSES OF WHICH LED TO ANOTHER MAINTANANCE REQUEST BEING SUBMITTED OF WHICH LED TO THE PROPERTY MANAGER DEFENDANT MILES MIZZANTI HAVING A MAINTANANCE MAN COME OUT TO DO A QUICK THROW TOGETHER MAKE SHIFT HALF REARENDED REPAIR JOB OF WHICH YOU WILL SEE ATTACHED HERETO IN EXHIBIT (C) MY EX SKYE FLYNN WAS RESIDING HERE WITH ME SINCE THE DATE I MOVED IN MY HOUSING PROGRAM NEIGHBORHOOD LIVING PROGRAM ADDED HER AS PART OF THE HOUSE HOLD NOTIFYING THE PROPERTY MANAGER DEFENDANT MILES MIZZANTI OF HER BEINHG ADDED TO THE HOUSEHOLD THRU THE HOUSING PROGRAM AT NO TIME DID DEFENDANT PROPERTY MANAGER MILES MIZZANTI ADD HER TO THE ORIGINAL LEASE AS HE IS REQUIRED TO DO ME AND MY EX SKYE FLYNN BROKE UP WHICH LEAD TO MULTIPLE CROSS PFA MATTEERS IN FAMILY COURT AFTER SHE MOVED OUT SHE PROCEEDED TO PUT MY ADDRESS ONLINE OF WHICH YOU WILL SEE ATTACHED HERE TO AS EXHIBIT (D) UPON HER DOING SO MY BACEMENT DOOR WAS KICKED IN WHILE I WAS NOT HOME I CAME HOME TO FIND MY BASEMENT DOOR KICKED IN ON 11/22/2022 AT APPROXAMATELY 21:49 HOURS LEADING TO ME HAVING TO CALL THE EMERGENCY MAINTAINANCE PHONE NUMBER TO HAVE IT FIXED A POLICE REPORT WAS MADE WITH MCKEES ROCKS POLICE DEPARTMENT REPORT NUMBER **(RKSP22008115)** MAINTANANCE CAME OT AND DID A HALF REARENDED MAKE SHIFT REPAIR JOB TO THE DOOR TO SECURE THE DOOR AND ALLOW IT TO SECURE THAT OF WHICH REQUIRED ME TO INSTALL A HASP AND LATCH ON THE INSIDE OF SAID DOOR DUE TO THEIR CARELESS NESS TO PROPERLY FIX IT NOT LONG AFTER THAT MY FRONT DOOR GOT KICKED IN DUE TO MY EX SKYE FLYNN GIVING OUT MY ADDRESS SEE ATTACHED EXHIBIT (D) THAT OF WHICH LED TO ANOTHER MAINTANANCE REPROT BEING PUT IN AS WELL AS ANOTHER POLICE REPORT BEING FILED WITH THE MCKEES ROCKS POLICE DEPARTMENT FOR MY FRONT DOOR BEING KICKED IN POLICE REPORTN NUMBER CURRENTLY UNKNOWN AT PRESENT MOMENT THE MAINTANANCE GUY CAME OUT TO DO AN EMERGENCY MAINTANANCE REPAIR OF SAID FRONT DOOR OF WHICH WAS IMPROPERLY DONE AND NOT INSTALLED PROPERLY AS FOR THEIR IS GAPS IN THE CRACKS OF THE DOOR ALLOWING AIR TO SEEP IN AS WELL AS LIGHT TO SEEP IN CAUSING ME TO BE EXPOSED TO THE OUTSIDE ELEMENTS SEE EXHIBIT (E) ATTACHED HERETO ON NOVEMBER 16 2022 I OFFERED TO ALLOW PLAINTIFF KAITLYN SANDERS WHOM IS NOW MY BABY MOTHER THAT OF WHICH

WAS HOMELESS AT THAT TIME COME AND STAY WITH ME AT 407 ALEXANDER ST MCKEES ROCKS PA 15136 AS SHE BEGAN STAYING HERE AS A TENANT UNDER LANDLORD TENANT LAW IN THE STATE OF PA OTHER SUBSTANTIAL UNCONSTITUTIONAL THIS BEGAN TO OCCUR THE SEWER BEGAN TO BACK UP CAUSING ANOTHER WORK ORDER TO HAVE TO BE DONE IN ROUGHLY THE MONTH OF NOVEMBER OR DECEMBER EXACYT DATES CURRENTLY UNKNOWN TO ME BUT CAN BE OBTAINED THRU A MOTION FOR DISCOVERY THE PROPERTY MANAGER DEFENDANT MILES MIZZANTI HAD A PLUMBER COME OUT AND SNAKE THE FLOOR DRAIN WITH A HAND SNAKE OF WHICH DID NO GOOD OF WHICH NOT EVEN A WEEK OR 2 LATER LED TO MAJOR SEWER ISSUES OF WHICH CAUSED THE SEWER TO BACK UP IN MY BASEMENT CAUSING THE BASEMENT TO FLOOD OUT OF THE FLOOR DRAIN WITH A CONTINUOS FLOW OF URINE, FECAL MATTER AND TOILET PAPER CAUSING MY HOUSE TO SMELL LIKE A SEWER TREATMENT PLANT ALL ***OF WHICH DURING THIS TIME MY BABY MAMA PLAINTIFF KAITLYN SANDERS WAS 2 WEEKS PREGNANT WITH OUR CHILD CAUSING HER TO HAVE TO BREATHE IN THE TOXINGS OF RAW SEWAGE FOR A PERIOD OF ABOUT 3 WEEKS CAUSE SUBSTANTIAL HARM AND OR HEALTH RISK TO THE CHILD THAT SHE IS CARRYING AND IS PREGNANT WITH OF OURS PUTTING NOT ONLY THE (UNBORN) CHILDS HEALTH AT RISK BUT MINE AND MY BABY MOTHERS PLAINTIFF KAITLYN SANDERS*** AND OF WHICH ANOTHER MAINTANACE REPORT WAS CONDUCTED THAT OF WHICH LED TO US HAVING TO LIVE IN THESE INHUMANE UNCONSTITUTIONAL LIVING CONDITIONS SEE ATTACHED EXHIBIT (F) ALL OF WHICH AFTER MAKING A MAINTANANCE REPORT TOOOK THEM ROUGHLY 3 WEEKS TO EVEN BEGAN TO ATTEMPT TO FIX IT DURING THIS TIME I MADE A PHONE CALL TO THE MCKEES ROCKS CODE ENFORCEMENT OFFICE AND THE HEALTH DEPARTMENT REGARDING THIS MATTER OF WHICH AN INSPECTION WAS DONE ON DECEMBER 21, 2022 BY ENVIROMENTAL HEALTH SPECIALIST I I D. ANTHONY LAURIA ALLEGHENY COUNTY HEALTH DEPARTMENT CITING THEM WITH MULTIPLE HOUSING HEALTH CODE VIOLATIONS OF WHICH ARE ATTACHED HERETO AS EXHIBIT (G) A REINSPECTION OF PROPERTY TO ASSURE COMPLIANCE WAS DONE BY HEALTH DEPARTMENT OFFICIAL D. ANTHONY LAURIA ON JANUARY 6, 2023 SEE ATTACHED EXHIBIT(H) ME AND MY BABY MAMA PLAINTIFF WERE ON THE PHONE WITH THE MAINTAINANCE GUY ABOUT THE ENVIROMENTAL SEWER HAZARD AND WHILE ON THE PHONE WITH THE WE POSED THE QUESTION ***("WHAT IF THERE WERE CHILDREN LIVING IN THIS HOME OF WHICH BEING SHE WAS 2 WEEKS PREGNANT THEIR WASS AN UNBORN CHILD LIVING IN THIS HOME AND THE MAINTANCE PERSON ON THE PHONE STATED TO BOTH ME AND MY BABY MAMA PLAINTIFF KAITLYN SANDERS AT THAT TIME THAT THEY DID NOT CARE IF THEIR WERE CHILDREN LIVING IN THE HOME (UNBORN) OR NOT")*** CONSTITUTING **(CHILD ABUSE)** ON BEHALF OF PROPERTY MANAGER DEFENDANT **MILES MIZZANTI** AS WELL AS CONSTITUTING ACTS OF **(ANIMAL CRUELTY)** BY PROPERTY MANAGER **DEFENDANT MILES MIZZANTI** SEE ATTACHED EXHIBIT (H) REINSPECTION OF PROPERTY BY HEALTH DEPARTMENT THE PROPERTY MANAGER FINALY HAD A ALLEDGED PROFESSIONAL PLUMBING COMPANY COME OUT AND ATTEMPT TO FIX THE SEWER PROBLEM OF WHICH TURNED OUT TO BE A BREAK IN THE SEWER LINE TEN FEET DOWN UNDER THE CONCRETE OF WHICH IS NOT SOMETHING THAT COULD HAVE BEEN CAUSED IN ANY WAY BY PLAINTIFF TRAVIS CONKLIN OR PLAINTIFF KAITLYN SANDERS DUE TO THE LOCATION OF THE BREAK IN THE SEWER PIPE LINE OF WHICH EVEN AFTER BEING FIXED BY ALLEDGED PROFESSIONAL PLUMBERS THE SEWER STILL LEAKED SEE ATTACHED EXHIBIT (I) SHOWING THAT THE SEWER LINE WAS NOT PROPERLY FIXED CAUSING STAGNANT WATER LEADING TO KNATS AND BUGS IN THE HOME AFTER MAKING CONTINUOUS COMPLAINTS TO HAVE THESE ISSUES FIXED OUT OF RETALIATION FOR THE FILING OF VARIOUS MAINTANANCE REQUESTS AND REPORTS TO THE ALLEGHENY COUNT HEALTH DEPARTMENT AND MCKEES ROCKS CODE ENFORCEMENT TO ENFORCE PROPERTY MANAGER DEFENDANT MILES MIZZANTI TO DO HIS JOB PROPERLY SO THAT WE CAN LIVE IN

A HABBITED NOT UNCONSTITUTIONAL LIVING ARRANGEMENT THAT OF WHICH **WE WERE HAPPY AND GREATFUL TO HAVE A ROOF OVER OUR HEAD** <u>PROPERTY MANAGER AT ALL TIMES WAS AWARE THAT I HAD PEOPLE STAYING HERE ALL OF WHICH HE FAILED TO ADD TO MY LEASE OF WHICH IS HIS JOB TO DO PROPERTY MANAGER DEFENDANT MILES MIZZANTI AT ALL TIMES WAS AWARE THAT I HAD ANIMALS AT MY RESIDENCE OF WHICH HE VERBALLY STATED HE HAD NO ISSUES WITH OVER THE PHONE GIVEN THAT HE NEVER MODIFIED MY LEASE AT ANY TIME FOR THE PEOPLE STAYING HERE OR FOR THE ANIMALS</u> THAT HE KNEW I HAD HERE INSTEAD OUT OF RELALIATION CAME TO MY PROPERTY ON OR ABOUT 12/19/2022 AND SERVED ME WITH A RETALIATORY 60 DAY NOTICE OF TERMINATION SEE EXHIBIT (J) ATTACHED HERE TO ALLEDGING VARIOUS VIOLATIONS OF MY LEASE OF WHICH ARE ATTACHED HERETO AS EXHIBIT (K) IT WAS BROUGHT TO MY ATTENTION BY MCKEES ROCKS CODE ENFORCEMENT THAT THE RESIDENCE OF WHICH I RESIDE IN AT 407 ALEXANDER ST MCKEES ROCKS PA 15136 HAS HAD (NO) <u>OCCUPANCY PERMITS</u> AT THIS RESIDENCE SINCE BEFORE I MOVE INTO THIS RESIDENCE ON APRIL 26, 2022 IN VIOLATION WITH PENNSYLVANIA LAW *(SECTION 403.65.)* SUBSECTION *(A) A RESIDENTIAL BUILDING MAY NOT BE USED OR OCCUPIED WITHOUT A CERTIFICATE OF OCCUPANCY ISSUED BY A BUILDING CODE OFFICIAL. A RIGHT TO KNOW LAW REQUEST WAS SUBMITTED TO THE BOROUGH OF MCKEES ROCKS ON 2/9/2023 TO OBTAIN ANY AND ALL PROOF OF INSPECTIONS ON THIS RESIDENCE AS WELL AS ANY AND ALL RECORDS OR DOCUMENTS REGARDING OCCUPANCY PERMITS FOR THIS RESIDENCE AND ANY AND ALL INSPECTION REPORTS NOTES ETC FOR THIS RESIDENCE SEE ATTACHED EXHIBIT (L) A RESPONCE FROM MCKEES ROCKS BOROUGH WAS GIVEN VIA MAIL ON FEBRUARY 15,2023 STATING PER YOUR RIGHT TO KNOW LAW REQUEST DATED FEBRUARY 2,2023 (NO RECORDS EXHIST FOR ANY INSPECTIONS, OCCUPANCY PERMITS OR REPORTS OF VIOLATIONS FOR 407 ALEXANDER ST.) SEE ATTACHED EXHIBIT (M) OF WHICH TO MY UNDERSTANDING BY NOT HAVING OCCUPANCY PERMITS IN THE STATE OF PENNSYLVANIA YOU CANNOT RENT OUT A RESIDENCE TO A TENANT DEFENDANT MILES MIZZANTI HAS BEEN COMMITTING STATE AND FEDERAL FRAUD BY ACCEPTING MONEY FROM MY FEDERALLY FUNDED HOUSING PROGRAM KNOWING THAT BY DOING SO HE WOULD BE IN VIOLATION OF PENNSYLVANIA STATUTE (**SECTION 403.65.**)* BY NOT HAVING ANY OCCUPANCY PERMITS WHEN RENTING TO ME ON APRIL 26, 2022 ALL OF WHICH THE PROPERTY OWNER NJS & SONS TRUST WHOM OF WHICH IS A DEFENDANT IN THIS CASE GIVEN THE FACT THAT THE PROPERTY MANAGER DEFENDANT MILES MIZZANTI MADE THEM AWARE OF EVERYTHING GOING ON DURING THE ENTIRE PERIOD OF TIME THAT I HAVE RESIDED AT THIS RESIDENCE AS WELL AS MY BABY MAMMA WHOM IS 13 WEEKS PREGNANT WITH OUR CHILD PLAINTIFF KAITLYN SANDERS ALSO CURRENTLY STILL RESIDES HERE LEGALLY AS A TENANT UNDER LANDLORD TENANT LAW OF WHICH PROOF OF THAT IS ATTACHED HERE TO UNDER LANDLORD TENANT LAW BOTH DEFENDANTS HAVE COMMITTED HANEOUS AND AGGREGOUS ACTS THAT OF WHICH WERE AND ARE IN VIOLATION WITH OUR CONSTITUTIONAL UNDER THE UNITED STATES CONSTITUTION AND THE CONSTITUTION OF THE COMMONWEALTH AND HAVE AFFECTED NOT ONLY OPLAINTIFF KAITLYN SANDERS SAFETY AND WELL BEING BUT HAVE AFFECTED THE SAFETY AND WELL BEING OF PLAINTIFF TRAVIS CONKLIN AND MAY HAVE ALSO CAUSED SEVERE HEALTH RELATED DEFECTS TO OUR UNBORN CHILD DUE TO THE SEWER PROBLEM OF WHICH **MAY BE THE LEADING CAUSE OF THE RECENT HEALTH ISSUES WE FOUND OUT OUR CHILD MAY HAVE SUCH AS DOWN SYNDROME ETC...**

**(ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY)**

**4. RELIEF**

PLAINTIFFS WOULD ASK THAT THE COURTS ENTERTAIN INJUNCTIVE RELIEF ORDERING A STAY OF EVICTION FROM 407 ALEXANDER ST MCKEES ROCKS, PA 15136 IN ANY STATE AND OR FEDERAL EVICTION PROCESS DURING THE DURATION OF THIS LEGAL PROCEEDINGS IN FEDERAL COURT

PUNITIVE, COMPENSATORY AND NOMIMAL DAMAGES IN THE AMMOUNT OF 3.5 MILLION JOINTLY AND INDIVIDUALLY

FULL OWNERSHIP OF 407 ALEXANDER ST MCKEES ROCKS PA 15136

COMPLETE REVIEW OF DEFENDANT MILES MIZZANTI REALESTATE COMPANY FOR STATE AND FEDERAL FRAUD AS WELL AS REVIEW OF ANY AND ALL OF HIS RENTAL PROPERTIES FOR INSPECTION PURPOSES AND OCCUPANCY PERMIT RELATED PURPOSES AS WELL

5. CERTIFICATION AND CLOSING UNDER FEDERAL RULES OF CIVIL PROCEDURE 11, BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT: (1) IS NOT BEING PRESENTED FOR AN INPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY INCREASE THE COST OR REVERSING EXISTING LAW; (2) IS SUPPROTED BY EXISTING LAW OR BY A NONFRIVOLOUS ARGUEMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW; (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF SPECIFICALLY SO IDENTIFIED, WILL LIKELY HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPERTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY; AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF RULE 11.

A. FOR PARTIES WITH OUT AN ATTORNEY

I AGREE TO PROVIDE THE CLERKS OFFICE WITH ANY CHANGES TO MY ADDRESS WHERE CASE-RELATED PAPERS MAY BE SERVED. I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE CLERKS OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE.

DATE OF SIGNING: 2/22/23
SIGNATURE OF PLAINTIFF: _[signature]_
PRINTED NAME OF PLAINTIFF: TRAVIS Conklin

DATE OF SIGNING: 2/22/23
SIGNATURE OF PLAINTIFF: _[signature]_
PRINTED NAME OF PLAINTIFF: KAitlyn SAnders